UNITED STATES DISTRICT COURT  JS-6
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 19-7634-JFW(MRWx)**                              Date:  October 9, 2019

Title:     Solutions Plus Management, LLC -v- Nautilus Insurance Company, et al.

**PRESENT:**
    HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

    Shannon Reilly                              None Present
    Courtroom Deputy                            Court Reporter


ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:
            None                                          None

**PROCEEDINGS (IN CHAMBERS):**   ORDER REMANDING ACTION TO LOS ANGELES SUPERIOR COURT;

                                 DISCHARGE OF ORDER TO SHOW CAUSE

     On October 7, 2019, the parties filed a Joint Report Regarding Remand, Per Court Order [Docket No. 35], advising the Court that the parties have agreed to a voluntary remand of this action to Los Angeles Superior Court.  Accordingly, this action is **REMANDED** to Los Angeles Superior Court.

     The Court **DISCHARGES** the Order to Show Cause filed on September 30, 2019 [Docket No. 25].


     IT IS SO ORDERED.